Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## UNITED STATES DISTRICT COURT
### for the

FILED

JAMES J. VILT, JR. - CLERK

Western District of Kentucky

DEC - 5 2023

BOWLING GREEN Division

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

:melinda-sue: SMITH, POWER-OF-ATTORNEY

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

1-23CV-165-GNS

Jury Trial: *(check one)* ☑ Yes ☐ No

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

COMMONWEALTH OFKENTUCKY COURT OF
JUSTICE et al.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | :melinda-sue: SMITH, POWER OF ATTORNEY |
| Address | 909 Cabell Drive |
| | BOWLING GREEN     KY     42101 |
| |       *City*                *State*          *Zip Code* |
| County | WARREN |
| Telephone Number | 270-438-7855- 270-532-1560 |
| E-Mail Address | smithmelinda654@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | COMMONWEALTH OF KENTUCKY COURT OF JUSTICE |
| Job or Title *(if known)* | CFR 27, Section 72.11, 3 U.S. Code §54 (1795) p. 93 |
| Address | 1001 Vandalay Drive |
| | FRANKFORT     KY     40601 |
| |       *City*                *State*          *Zip Code* |
| County | JEFFERSON |
| Telephone Number | 502-573-2350 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | WARREN COUNTY REGIONAL JAIL |
| Job or Title *(if known)* | CFR 27, Section 72.11, 3 U.S. Code §54 (1795) p. 93 |
| Address | 920 Kentucky Street |
| | BOWLING GREEN     KY     42101 |
| |       *City*                *State*          *Zip Code* |
| County | WARREN |
| Telephone Number | 270-843-4606 |
| E-Mail Address *(if known)* | WarCoJail@ky.gov |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | STEPHEN HARMON |
| Job or Title *(if known)* | JAILER, CFR 27, Section 72.11, 3 U.S. Code §54 (1795) p. 93 |
| Address | 3643 Nugget Dr |
| | BOWLING GREEN          KY          42104 |
| | *City*          *State*          *Zip Code* |
| County | WARREN |
| Telephone Number | 270-843-4606 |
| E-Mail Address *(if known)* | WarCoJail@ky.gov |

[✔] Individual capacity     [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | KORI BECK BUMGARNER |
| Job or Title *(if known)* | ADMINISTRATOR, CFR 27, Section 72.11,3 U.S. Code §54 (1795 |
| Address | 1001 Center Street, Suite 205 |
| | BOWLING GREEN          KY          42101 |
| | *City*          *State*          *Zip Code* |
| County | WARREN |
| Telephone Number | 270-746-7485 |
| E-Mail Address *(if known)* | |

[✔] Individual capacity     [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

TITLE 18, SECTION 241, 241.1 & 242, 28 U.S. Code §454, 28 U.S. Code §455, Title 42 U.S. Code §1983, Title 18, Section 2071 and 2073, Title 18, Section 471, 472, 473, and/or 513, Title 18 U.S. Code, Section §1341, Title 18 U.S. Code, Section §1842, TITLE 501, Ch. 13, KRS 441.560(1)(b), 8th Amendment, 14th Amendment, KRS 196.173(1), Mally v. Briggs, 475 U.S. 335

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.       Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.       Where did the events giving rise to your claim(s) occur?

Warren County, KY

    B.       What date and approximate time did the events giving rise to your claim(s) occur?

12-30-22 - 01-27-23

    C.       What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please read extra piece of paper

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

treated For trichomoniasis 01-23
without my knowledge.

Severe PtSD
Severe Post Partum depression and anxiety

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$100,000,000,000.00 non-negotiable actual and punitive damages for the acts: TITLE 18, SECTION 241, 241.1 & 242, 28 U.S. Code §454, 28 U.S. Code §455, Title 42 U.S. Code §1983, Title 18, Section 2071 and 2073, Title 18, Section 471, 472, 473, and/or 513, Title 18 U.S. Code, Section §1341, Title 18 U.S. Code, Section §1842, TITLE 501, Ch. 13, KRS 441.560(1)(b), 8th Amendment, 14th Amendment, KRS 196.173(1), Mally v. Briggs, 475 U.S. 335

18 U.S. Code §3571 - $250,000.00 - Violation of Oath of Office
18 U.S. Code §3571 - $250,000.00 - Denied Proper Warrant(s)
18 U.S. Code §3571 - $250,000.00 - Denied Right to Truth in Evidence
18 U.S. Code §3571 - $250,000.00 - Slavery (Forced Compliance to contracts NOT held)
18 U.S. Code §3571 - $250,000.00 - Denied Provisions in the Constitution
18 U.S. Code §3571 - $250,000.00 - Treason (combined above actions)
18 U.S. Code §1963 - $500,000.00 - Racketeering (Criminal)(Civil)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

| | |
|---|---|
| Signature of Plaintiff | :melinda-sue: SMITH, POWER-OF-ATTORNEY |
| Printed Name of Plaintiff | :melinda-sue: SMITH, POWER-OF-ATTORNEY |

### B.    For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | :esteban-dejesus: LOWERY, POWER-OF-ATTORNEY |
| Printed Name of Attorney | :esteban-dejesus: LOWERY, POWER-OF-ATTORNEY |
| Bar Number | Title 18 U.S. Code §2381 - Treason |
| Name of Law Firm | WE THE PEOPLE UNINC. LAW RESTORATION, PLLC |
| Address | 4417 Maple lane |
| | BOWLING GREEN  KY  42101 |
| | City  State  Zip Code |
| Telephone Number | (364) 203-0052 |
| E-mail Address | wethepeopleunincllc@gmail.com |

December 30,2022 I was ~~cared~~ falsely arrested
I was Pregnant and a single mother to 5 children
Never recieving any Help From their fathers.
I woke up from a nap to 5 officers at my Home.
telling me my oldest daughters jumped out of a
window. The day their father dropped them off
to me I heard him say "Now go do what
daddy told you to do" My daughters were acting
scared. I tried talking to them about it but
they wouldn't tell me anything. We moved on and
made New ~~y~~ Years Plans. December 30 came around,
It was a "Normal" day For us. Police told me
my daughters escaped out of their window ~~that~~ thats
2.4 ft high ~~unassisted~~ unassisted. I tried telling Police
~~then~~ No abuse was going on in my home 2 witnesses!
agreed with me. I was taken to jail anyways based
on hear say. My Kids were Placed with CPS. He was
father that has 2 substaitions with their
arrested in 2019 For Punching my daughter in her
face. He recieved 6 months unsupervised Probation and
the charge was brought down to harrassment. When
arrived to the jail I was thrown into a turtle suit
and medical observation For crying. yes i was upset.
wasn't told what i was being arrested For, Never got any
dentity of the officers, social worker, I was denied
ee call, Forced to speak, then thrown into a
edical observation unit against section 1916 ~~☐~~

Melinda Smith
400 West main Ave
Bowling green. KY 42101





**FILED**
JAMES J. VILT, JR. - CLERK

DEC - 5 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Western District Of Kentucky
601 West Broadway
Unit 106
Louisville, KY. 40202